# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 11, 2018

## NO. 03-17-00160-CV

**Johnson County Special Utility District, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on November 23, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.